B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Idaho

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **DP Forest Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **FKA Lodge Log Homes, Inc.; FKA Balbach Logging, Inc.; FKA Treasure Valley Forest Products, LLC** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **27-4955916** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **7789 S Federal Way** **Boise, ID**    ZIP Code **83706** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business: **Ada** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **Boise, Idaho and Mtn. Home, Idaho** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | DP Forest Products, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: District of Idaho | Case Number: 11-00382-TLM | Date Filed: 2/17/11 |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **DP Forest Products, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ D. Blair Clark Idaho**
Signature of Attorney for Debtor(s)

**D. Blair Clark Idaho 1367, Oregon 05030**
Printed Name of Attorney for Debtor(s)

**Law Offices of D. Blair Clark PLLC**
Firm Name

**1513 Tyrell Lane, Suite 130**
**Boise, ID 83706**

Address

**Email: dbc@dbclarklaw.com**
**(208) 475-2050  Fax: (208) 475-2055**
Telephone Number

**October 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dan Balbach**
Signature of Authorized Individual

**Dan Balbach**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 10, 2011**
Date

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Idaho

In re  **DP Forest Products, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bank of America**<br>P.O. Box 2269<br>Brea, CA 92822 | **Bank of America**<br>P.O. Box 2269<br>Brea, CA 92822 | Industrial property at 1625 and 1780 E. Yamhill Road, and 7789 Federal Way, Boise, Idaho, and 1288 Sawmill Road, Mtn. Home, Idaho.  Debtor would SURRE | | 9,461,003.00<br><br>(1,906,600.00 secured) |
| **Bank of the West**<br>Dept LA 23091<br>Pasadena, CA 91185-3091 | **Bank of the West**<br>Dept LA 23091<br>Pasadena, CA 91185-3091 | Business expense for Lodge Logs - truck scales | | 18,688.72 |
| **California Pellet Mill**<br>1114 E. Wabash Avenue<br>Crawfordsville, IN 47933-2635 | **California Pellet Mill**<br>1114 E. Wabash Avenue<br>Crawfordsville, IN 47933-2635 | Business expense for TVFP, Inc. - parts for Pelletizer in Mountain Home | | 17,477.74 |
| **Chase Card Services**<br>PO Box 94014<br>Palatine, IL 60094-4014 | **Chase Card Services**<br>PO Box 94014<br>Palatine, IL 60094-4014 | Business expense for Lodge Logs - credit card | | 20,857.68 |
| **Dan & Paige Balbach**<br>1461 W. Wickshire Court<br>Eagle, ID 83616 | **Dan & Paige Balbach**<br>1461 W. Wickshire Court<br>Eagle, ID 83616 | Owner loans to company | | 348,700.00 |
| **Halverson Company**<br>235 Paxton Ave<br>Salt Lake City, UT 84101 | **Halverson Company**<br>235 Paxton Ave<br>Salt Lake City, UT 84101 | Business expense - construction billing for Mountain Home Pellet Plan (was supposed to be SBA) | | 76,419.00 |
| **Idaho Banking Company**<br>Mary E. Brimson, Reg. Agent<br>7661 W. Riverside Drive #201<br>Boise, ID 83714 | **Idaho Banking Company**<br>Mary E. Brimson, Reg. Agent<br>7661 W. Riverside Drive #201<br>Boise, ID 83714 | 192 acre parcels, Adams County, Idaho.  Foreclosure pending.  Debtor is NOT opposing foreclosure and would consent to stay relief. | | 663,238.00<br><br>(375,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **DP Forest Products, Inc.**  
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Idaho Department of Labor**<br>**317 W. Main Street**<br>**Boise, ID 83735** | **Idaho Department of Labor**<br>**317 W. Main Street**<br>**Boise, ID 83735** | **Unemployment taxes** | | 42,018.70 |
| **Idaho Power**<br>**PO BOX 34966**<br>**Seattle, WA 98124-1966** | **Idaho Power**<br>**PO BOX 34966**<br>**Seattle, WA 98124-1966** | **Business Expense for TVFP - utilities** | | 22,774.91 |
| **Idaho State Tax Commission**<br>**P.O. Box 36**<br>**800 Park Blvd**<br>**Boise, ID 83722** | **Idaho State Tax Commission**<br>**P.O. Box 36**<br>**800 Park Blvd**<br>**Boise, ID 83722** | **Business Payroll Taxes** | | 38,760.92 |
| **Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19114** | **Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19114** | **Payroll taxes & FUTA for TVFP & Lodge Logs** | | 351,181.34 |
| **Internal Revenue Service**<br>**Special Procedures**<br>**550 W. Fort Street**<br>**Boise, ID 83724** | **Internal Revenue Service**<br>**Special Procedures**<br>**550 W. Fort Street**<br>**Boise, ID 83724** | **Unsecured portion per prior proof of claim** | | 79,156.02 |
| **Kevin Frost**<br>**10825 Cocoon St**<br>**Nampa, ID 83687** | **Kevin Frost**<br>**10825 Cocoon St**<br>**Nampa, ID 83687** | **Business Loan to TVFP** | | 75,000.00 |
| **Lance Salladay**<br>**Attorney at Law**<br>**200 N. 4th Street #20**<br>**Boise, ID 83702** | **Lance Salladay**<br>**Attorney at Law**<br>**200 N. 4th Street #20**<br>**Boise, ID 83702** | **Business expense for TVFP, Inc. - attorney fees for WCI lawsuit** | | 25,123.30 |
| **Lee Forest Products**<br>**Rita Lee**<br>**1780 Yamhill Rd**<br>**Boise, ID 83716** | **Lee Forest Products**<br>**Rita Lee**<br>**1780 Yamhill Rd**<br>**Boise, ID 83716** | **Front end loader** | | 75,000.00<br>(40,000.00 secured) |
| **Lee Forest Products**<br>**Rita Lee**<br>**1780 Yamhill Rd**<br>**Boise, ID 83716** | **Lee Forest Products**<br>**Rita Lee**<br>**1780 Yamhill Rd**<br>**Boise, ID 83716** | **Property at 1625 E. Yamhill Road, 1780 E. Yamhill Road, Boise, Idaho. Value per Ada County.** | | 542,747.00<br>(1,906,600.00 secured)<br>(9,461,003.00 senior lien) |
| **Microsoft CIT Financing**<br>**23896 Network Place**<br>**Chicago, IL 60673** | **Microsoft CIT Financing**<br>**23896 Network Place**<br>**Chicago, IL 60673** | **Software used by TVFP. Non-transferable as made specifically for debtor. Could be considered executory contract** | | 52,937.00 |
| **Nichols Accounting Group**<br>**PO Drawer 99**<br>**Ontario, OR 97914** | **Nichols Accounting Group**<br>**PO Drawer 99**<br>**Ontario, OR 97914** | **Business expense for TVFP, Inc. - accounting** | | 114,290.48 |

B4 (Official Form 4) (12/07) - Cont.

In re  **DP Forest Products, Inc.**            Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **The Nichols Accounting Group<br>PO Drawer 99<br>Ontario, OR 97914** | **The Nichols Accounting Group<br>PO Drawer 99<br>Ontario, OR 97914** | **Business Expense for Lodge Logs - accounting** | | 87,149.00 |
| **Woody Contracting Inc<br>c/o Michelle Points<br>PO Box 1617<br>Boise, ID 83701** | **Woody Contracting Inc<br>c/o Michelle Points<br>PO Box 1617<br>Boise, ID 83701** | **Judgment against TVFP** | | 253,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 10, 2011**          Signature  **/s/ Dan Balbach**
                                              **Dan Balbach**
                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Idaho

In re: **DP Forest Products, Inc.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dan Balbach** <br> **7789 Federal Way** <br> **Boise, ID 83716** | **Common** | **100** | **Shareholder** |
| **Paige Balbach** <br> **Same** | **Common** | **100** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 10, 2011**

Signature **/s/ Dan Balbach**
**Dan Balbach**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Ada County Treasurer
200 W. Front St.
PO Box 2868
Boise, ID 83701


Adams County Treasurer
PO Box 48
Council, ID 83612


B & C Welding
1710 Canyon Creek Road
Mountain Home, ID 83647


Bank of America
P.O. Box 2269
Brea, CA 92822


Bank of America
Brad Goergen, Attorney
2801 Alaskan Way #300
Seattle, WA 98121-1128


Bank of America Corporate
Attn: Kenneth Lewis, Pres.
100 N. Tryon Street
Charlotte, NC 28255


Bank of the West
Dept LA 23091
Pasadena, CA 91185-3091


Barnett Brothers, Inc.
PO Box 38
New Meadows, ID 83654


Big Sky Oil Co., Inc.
PO Box 937
Mountain Home, ID 83647

```
Blue Print Specialties
6205 Overland Road
Boise, ID 83709



Boise City Utility Billing
P.O. Box 2760
Boise, ID 83701



Boise Rigging Supply
PO Box 16627
Boise, ID 83715



Bolen's Control house
7908 W. Woodlark Street
Boise, ID 83709-2868



Brad Goergen, Attorney
Graham & Dunn PC
2801 Alaskan Way #300
Seattle, WA 98121-1128



Buck's Locks & Keys
354 N. 2nd East
Mountain Home, ID 83647



C. Wright Construction
1320 S Blackcat Road
Meridian, ID 83642



California Pellet Mill
1114 E. Wabash Avenue
Crawfordsville, IN 47933-2635



Capital Copy & Print
6205 Overland Road
Boise, ID 83709
```

```
CESCO
2000 E. Overland Road
Meridian, ID 83642



Chase Card Services
PO Box 94014
Palatine, IL 60094-4014



Core Engineering, PLLC
3501 W. Elder Street
SUite 100
Boise, ID 83705



Dan & Paige Balbach
1461 W. Wickshire Court
Eagle, ID 83616



Dex Media West
PO Box 79167
Phoenix, AZ 85062-9167



Digitron Eletronics, LLC
42892 SR 14
PO Box 1250
Stevenson, WA 98648



Dykman Electrical, Inc.
2323 Federal Way
Boise, ID 83716



Elmore County Treasurer
150 S. 4th East
Suite 4
Mountain Home, ID 83647



Excell
9860 Aztlan Drive
Nampa, ID 83686
```

```
Fastenal Company
P.O. Box 978
Winona, MN 55987



Fiber Composites
15056 Collection Center Dr
Chicago, IL 60693



Fluid Connector Products
920 E. Overland Road
Meridian, ID 83642



Foley Freeman PLLC
PO Box 10
Meridian, ID 83680



Gary Amoth Trucking, Inc.
PO Box 448
Twin Falls, ID 83303



Gem State Electric
112 W. 32nd
Garden City, ID 83714-6611



Grainger
PO Box 419267
Dept 828188888
Kansas City, MO 64141-6267



Gran-Del Petroleum Products
PO Box 5627
Boise, ID 83705



Halverson Company
235 Paxton Ave
Salt Lake City, UT 84101
```

```
Hiler Bros
PO Box 688
Mountain Home, ID 83647



Hinz Trucking, Inc.
PO Box 370
Kearney, NE 68848-0370



Horton Fluid Power
6776 W. Victory Road
Boise, ID 83709



Idaho Banking Company
Mary E. Brimson, Reg. Agent
7661 W. Riverside Drive #201
Boise, ID 83714



Idaho Concrete
PO Box 3429
Ogden, UT 84409-1429



Idaho Department of Labor
317 W. Main Street
Boise, ID 83735



Idaho Power
P.O. Box 70
Boise, ID 83707



Idaho Power
PO BOX 34966
Seattle, WA 98124-1966



Idaho Press Tribune
P.O. Box 9399
Nampa, ID 83652
```

```
Idaho State Insurance Fund
PO Box 990002
Boise, ID 83709



Idaho State Tax Commission
P.O. Box 36
800 Park Blvd
Boise, ID 83722



Idaho Statesman
P. O. Box 990040
Boise, ID 83799-0040



Intermountain Gas
PO Box 64
Boise, ID 83732



Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19114



Internal Revenue Service
Special Procedures
550 W. Fort Street
Boise, ID 83724



J. I. Morgan, Inc.
PO Box D
New Meadows, ID 83654



Jeffrey M. Wilson
P.O. Box 1544
Boise, ID 83701



Jim's Lumber & Bldg Supply
1390 W. 6th South
Mountain Home, ID 83647
```

John Ward
Moffatt Thomas
PO Box 829
Boise, ID 83701


Kevin Frost
10825 Cocoon St
Nampa, ID 83687


Keybank Visa
PO Box 9004
Des Moines, IA 50368


Lamar Companies
PO Box 96030
Baton Rouge, LA 70896


Lance Salladay
Attorney at Law
200 N. 4th Street #20
Boise, ID 83702


Landmark Equipment
7625 NE Killingworth
Portland, OR 97218


Lee Forest Products
Rita Lee
1780 Yamhill Rd
Boise, ID 83716


Les Schwab Corp Office
PO Box 5350
Bend, OR 97701


Malheur Lumber Company
PO Box 160
John Day, OR 97845

```
McGuire Bearing Company
947 SW Market Street
Portland, OR 97214-3574



Microsoft CIT Financing
23896 Network Place
Chicago, IL 60673



Missoula Saws, Inc
212 Commerce Street
PO Box 16005
Missoula, MT 59808



Mouser Machine Shop
7545 Lemhi
Boise, ID 83709



NAPA Auto Parts
P.O. Box 1425
Twin Falls, ID 83303-1425



NAPA Auto Parts
295 E. Jackson
Mountain Home, ID 83647



Nichols Accounting Group
PO Drawer 99
Ontario, OR 97914



Norco
P.O. Box 15299
Boise, ID 83715



Pacific Recycling
5120 Emerald Street
Boise, ID 83706
```

Pacific Source Electric, LLC
12163 W. Gamekeeper
Kuna, ID 83634

Pacific Steel
1900 20th Street N
PO Box 530
Nampa, ID 83653-0530

Pak West Paper & Packaging
4042 W. Garry Ave
Santa Ana, CA 92704-6300

Paradise Excavation & Const.
PO Box 1047
Middleton, ID 83644

Paul's Electric
2305 NW 14th ST
Meridian, ID 83642

Platt Cash Flow Mgmt
PO Box 42407
Portland, OR 97242

Protect Online
18 Cleveland Street
Houlton, ME 04730

Rocky Mountain Cummins
Mtn States Comm Credit Mgmt
PO Box 1070
Englewood, CO 80150

Ron Taylor
880 E. Cembra Street
Eagle, ID 83616

```
Roy E. Gould
106 W. Chrisfield
Meridian, ID 83642




Scales Unlimited
4814 Highway 20-26
Caldwell, ID 83605




Simplex Grinnell
8783 W. Hackamore Drive
Boise, ID 83709




Sodexho, Inc. & Affiliates
1365 N. Orchard Ste. 373
Boise, ID 83709




Staples Business Advantage
PO Box 83689
Chicago, IL 60696-3689




Tacoma Screw Products
2001 Center Street
Tacoma, WA 98409-7895




The Berry Company
PO Box 710298
Cincinnati, OH 45271-0298




The Log Home Shows
2488 Bella Coola Court
Kamloops, BC V2E 1T7
CANADA




The Nichols Accounting Group
PO Drawer 99
Ontario, OR 97914
```

```
TPM Insurance
PO Box 4867
Missoula, MT 59806-4867



TPM Insurance - Spokane
951 E. Third Avenue
Spokane, WA 99202-2287



Trade Tec Computer Systems
1010 Herring Gull Way
Parksville, BC V9P 1R2
CANADA



Treasure Valley Saw & Knife
292 E. Commercial
Weiser, ID 83672



United States Forest Service
c/o Warren Derbidge, AUSA
800 Park Boulevard Suite 600
Boise, ID 83712



United Water
P.O. Box 190420
Boise, ID 83719-0420



US Bancorp
1450 Channel Parkway
Marshall, MN 56258



Valley County Tax Collector
Diana L. Healy
P.O. Box 1350
Cascade, ID 83611



Wells Fargo Equip.Finance
Susi Ming, Registered Agent
550 California St., 7th Flr
San Francisco, CA 94104
```

```
Western State Equipment
PO Box 3805
Seattle, WA 98124-3805



Woody Contracting Inc
c/o Michelle Points
PO Box 1617
Boise, ID 83701



Worldwide Express, LLC
5010 Cassia Street
Boise, ID 83705



Yanke Machine Shop
PO Box 5405
4414 Gekeler Lane
Boise, ID 83716



Yanke Machine Shop
PO Box 5405
Boise, ID 83705



Yellow Book USA
PO Box 14482
Des Moines, IA 50306-3482
```

# United States Bankruptcy Court
## District of Idaho

In re  **DP Forest Products,Inc.**                                                   Case No.
                                              Debtor(s)                              Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **DP Forest Products,Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 10, 2011** | **/s/ D. Blair Clark Idaho** |
| Date | D. Blair Clark Idaho 1367, Oregon 05030 |
| | Signature of Attorney or Litigant |
| | Counsel for **DP Forest Products,Inc.** |
| | Law Offices of D. Blair Clark PLLC |
| | **1513 Tyrell Lane, Suite 130** |
| | **Boise, ID 83706** |
| | **(208) 475-2050 Fax:(208) 475-2055** |
| | **dbc@dbclarklaw.com** |